UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:

KYLE J. BARRETO and RACHEL BARRETO

Plaintiffs,

v.

GREGORY E. HAMPTON and BISHAM HOTSHOT, LLC,

Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendants Gregory E. Hampton and Bisham Hotshot, LLC ("Defendants") remove this action from the District Court for Boulder County, Colorado to this Court based on diversity of citizenship. As grounds in support of removal, Defendants states as follows:

1. On or about August 9, 2022, Plaintiffs Kyle J. Barreto and Rachel Barreto filed a lawsuit in Colorado state court against Defendants in a case styled *Kyle J. Barreto and Rachel Barreto v. Gregory E. Hampton and Bisham Hotshot, LLC,* District Court for Boulder County, Colorado, No. 2022CV30546.

2. This Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. §§ 1332, 1441 and 1446 as there is diversity of citizenship and the amount in controversy exceeds the statutory minimum.

3. There exists a diversity of citizenship as the Plaintiff is a citizen of the State of Colorado and Defendant Gregory E. Hampton is a citizen of the State of Texas and Bisham Hotshot,

1

LLC is a Texas limited liability company with its principal place of business in the State of Texas.

4. Plaintiffs admit they seek more than $100,000.00 as exclusive of interest and costs.

5. Defendants are filing herewith the current state court docket sheet (register of actions) and all pleadings, processes, orders, and other documents filed in the state court action and incorporated by reference as **Exhibit A**.

6. The lawsuit arises out of a vehicle accident on or about December 14, 2020, between Plaintiffs and Defendants.

7. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446 and is timely pursuant to the provisions of 28 U.S.C. §1446(b). Defendants will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice with the Clerk of the City and County of Boulder District court.

8. No prior notice of removal has been filed.

**WHEREFORE,** Defendants request that this action proceed in this Court as an action properly removed to it.

Respectfully submitted this 14th day of September 2022.

*s/*   *Miles M. Dewhirst*

Miles M. Dewhirst, No. 16832
Jeffrey Bursell, No. 37215
Dewhirst & Dolven, LLC
600 South Cherry Street, Suite 530
Denver, CO 80246
303-757-0003
mdewhirst@dewhirstolven.com
jbursell@dewhirstdolven.com
Counsel for Defendants

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2022, a true and correct copy of the above was e-filed and e-served via CM/ECF which will send automatic notification of said filing to all active counsel of record.

Keith D. Vance, No. 28938
Jacob F. Kimball, No. 37012
Springs Law Group LLC
1880 Office Club Pointe, Suite 200
Colorado Springs, CO 80920
keith@springslawgroup.com
jacob@springslawgroup.com
Attorneys for Plaintiff

*s/ Donna Previti*
Donna Previti
Dewhirst & Dolven, LLC